IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01058-PAB

ROY J. MAIN,

       Applicant,

v.

WARDEN PLUGH,

       Respondent.

## MINUTE ORDER

**Order Entered by Judge Philip A. Brimmer**

       This matter is before the Court on the applicant's motion for an extension of time [Docket No. 20] to file a reply to respondent's response [Docket No. 18] to the amended application for a writ of habeas corpus [Docket No. 5].  Applicant states that he "needs . . . thirty days to finalize his response."  See Docket No. 20 at 1, ¶ 4.  The Court finds that applicant has shown good cause for an extension.  Furthermore, the applicant also states that he filed his motion for summary judgment [Docket No. 19] in error and requests that it be disregarded.  See Docket No. 20 at 1, ¶ 5.  Therefore, it is

       **ORDERED** that applicant's motion for an extension of time [Docket No. 20] is GRANTED.  Applicant may have until Monday, January 31, 2011 to file a reply to respondent's response.  It is further

       **ORDERED** that applicant's motion for summary judgment [Docket No. 19] is deemed withdrawn.

       DATED January 4, 2011.