IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01058-PAB

ROY J. MAIN,

      Applicant,

v.

WARDEN PLUGH,

      Respondent.

## ORDER

This matter is before the Court on applicant's "Motion Asking this Court for a Court Order" [Docket No. 22], which was filed on January 12, 2011.  Applicant, who is an inmate at the Colorado Territorial Correctional Facility of the Colorado Department of Corrections in Cañon City, Colorado, requests that the Court order employees of the prison to return certain legal papers to him.  In order to take advantage of lower copying costs outside of the facility, applicant attempted to mail these legal papers to a Cañon City printing store.  Perceiving that the papers may pose a security threat, prison officials temporarily confiscated them.  Respondent, however, indicates that the papers were mailed to the printing shop on the same day that applicant filed his motion.  Applicant does not dispute that his legal papers were sent out for copying on January 12, thus rendering his motion moot.  Therefore, it is

**ORDERED** that applicant's "Motion Asking this Court for a Court Order" [Docket No. 22] is DENIED as moot.

DATED May 4, 2011.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge